UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES COXE, on his own behalf and
others similarly situated,

          Plaintiff(s),

vs.                                                Case No. 8:05-CV-24-T-27TBM

WIN-DAR CONSTRUCTION COMPANY,
INC., a Florida corporation, et al.,

          Defendants.
_____/

## ORDER

**BEFORE THE COURT** are Plaintiff's Motion for an Order Permitting Court Supervised Notice to Employees of their Opt-In Rights (Dkt. 19) and Plaintiff's Motion to Grant by Default Plaintiff's Motion for an Order Permitting Court Supervised Notice to Employees of their Opt-In Rights (Dkt. 25). Defendants have not objected to Plaintiff's Motion.[1]

Plaintiff seeks to provide notice of this action to similarly situated employees of Defendants pursuant to 29 U.S.C. § 216(b). In support, Plaintiff asserts that similarly situated employees are those that worked for Defendants on or after January, 2002, who received hourly wages, who performed physical labor, and who worked overtime hours but did not receive overtime pay. This potential class consists of approximately twenty five employees that Defendants have employed over the last three years, all of whom performed the same job duties and who had the same pay provisions

---

[1] In the future, counsel are directed to comply with United States District Court, Middle District of Florida, Local Rule 3.01(g).

as Plaintiff. (Dkt. 19, pp. 5-9, Dkt. 21, W. Richards Depo., p. 20, Dkt. 24, D. Richards Depo., p. 25).

Plaintiff has established the existence of potentially "similarly situated" individuals who may be entitled to opt-in to this action pursuant to 29 U.S.C. § 216(b). As such, Plaintiff has established the basis for preliminary certification of the class for purposes of court supervised notice of opt-in rights. *See Dybach v. State of Fla. Dep't of Corrections*, 942 F.2d 1562, 1567-68 (11th Cir. 1991); *see also Hipp v. Liberty Nat'l Life Ins. Co.*, 252 F.3d 1208, 1216-19 (11th Cir. 2001); *Sperling v. Hoffmann-La Roche, Inc.*, 118 F.R.D. 392 (D. N.J. 1988), *aff'd*, 493 U.S. 165 (1989).

Accordingly, it is

**ORDERED AND ADJUDGED** that

1) Plaintiff's Motion for an Order Permitting Court Supervised Notice to Employees of their Opt-In Rights (Dkt. 19) is **GRANTED**.

2) Plaintiff's Motion to Grant by Default Plaintiff's Motion for an Order Permitting Court Supervised Notice to Employees of their Opt-In Rights (Dkt. 25) is **DENIED** as moot.

3) Within ten (10) days from the date of this Order, Defendants shall provide to Plaintiff's counsel the names, addresses, telephone numbers, and dates of employment of all current and former similarly situated employees who worked for Defendants on January, 2002 up to and including the present.

4) Plaintiff is authorized to give notice to the similarly situated employees, at his own expense, in the form of the notice and consent form attached to Plaintiff's Motion (Dkt. 20, Ex. A), with the following modifications:

    a) Plaintiff shall add the following language to the fourth paragraph of the notice: "If you choose to join this suit, your interests will be represented by the named plaintiff

through his attorneys as counsel for the class. Notwithstanding this, you have the right to pursue potential claims with an attorney of your choice."

b) The language in the first paragraph of the consent form stating that "the undersigned consents, pursuant to 29 U.S.C. § 216(b), to become a party plaintiff in this action and to be represented by The Shavitz Law Group" shall be changed to "the undersigned consents, pursuant to 29 U.S.C. § 216(b), to become a party plaintiff in this action and will be represented by: __(name and address of attorney/law firm representing the undersigned's interests)__.

5) Notices of consent to join must be filed within sixty (60) days from the date notice of opt-in rights is provided by Plaintiff.

**DONE AND ORDERED** in chambers this 27th day of June, 2005.

*/s/ James D. Whittemore*
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record